UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEAU A. SMITH, | ) |
|     Plaintiff, | ) CASE NO. C08-0823-JCC |
| v. | ) |
| JEFFREY A. UTTECHT, | ) ORDER DENYING PETITIONER'S HABEAS PETITION WITH PREJUDICE |
|     Defendant. | ) |

The Court, having reviewed petitioner's petition for writ of habeas corpus (Dkt. No. 16), respondent's answer thereto (Dkt. No. 42), the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 46), and the balance of the record, does hereby find and ORDER:

1) The Court adopts the Report and Recommendation (Dkt. No. 46);

2) Petitioner's habeas petition is DENIED and this action is DISMISSED, with prejudice;

3) Petitioner is DENIED issuance of a certificate of appealability, and

//
//
//
//

ORDER DISMISSING § 1983 ACTION
PAGE -1

01    4) The Clerk is directed to send copies of this Order to petitioner, to counsel for

02        respondent, and to Judge Theiler.

DATED this 8th day of October, 2010.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING § 1983 ACTION
PAGE -2